611 A.2d 645

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v.
THOMAS YOCKEY, DEFENDANT–RESPONDENT.

July 9, 1992.

Petition for certification is granted, and the matter is summarily remanded to the Superior Court, Appellate Division, for reconsideration in the light of *State v. Crisafi*, 128 *N.J.* 499, 608 *A.*2d 317 (1992).

Jurisdiction is not retained.

611 A.2d 645

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. THOMAS CLAUSO, DEFENDANT–PETITIONER.

July 9, 1992.

Petition for certification is granted and the matter is summarily remanded to the Appellate Division for reconsideration in light of *State v. Rhett*, 127 *N.J.* 3, 601 *A.*2d 689 (1992).

Jurisdiction is not retained.

611 A.2d 645

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DOUGLAS PUGH, DEFENDANT–PETITIONER.

July 9, 1992.

Petition for certification is granted, and the matter is remanded to the Law Division for resentencing in light of *State v. Lagares*, 127 *N.J.* 20, 601 *A.*2d 698 (1992).

Jurisdiction is not retained.